UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

SELENA COLTRAIN-CEREZO,

                Plaintiff,

v.

HERBERT E. KERR and BEAULIEU GROUP, LLC,

                Defendants.

Civil Action No. 3:12–CV–120

## **ORDER**

THIS MATTER is before the Court on Magistrate Judge Lauck's Report and Recommendation ("R&R")(ECF No. 19) recommending that the Court GRANT the parties' Petitions for Court Approval of Infant Compromise Settlement (ECF Nos. 12, 13) and DISMISS this action WITH PREJUDICE. The parties have not objected to Judge Lauck's R&R. Accordingly, and for good cause appearing, the Court ADOPTS Judge Lauck's Report and Recommendation GRANTING the Petitions for Court Approval (ECF Nos. 12, 13) and DISMISSING this action WITH PREJUDICE. An appropriate order with respect to each Petition for Court Approval shall follow.

Let the Clerk send a copy of this Order to all counsel of record and to the Honorable M. Hannah Lauck.

It is SO ORDERED.

                _____/s/_____
                James R. Spencer
                United States District Judge

ENTERED this ___12th___ day of March 2013.